UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORGE LUIS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>M ORTEGA, et al.,<br><br>Defendants. | Case No. 21-cv-03553-EMC<br><br>**ORDER OF DISMISSAL** |

On January 5, 2022, the Court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted. Docket No. 13. The Court granted Plaintiff leave to file an amended complaint no later than February 25, 2022, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 13. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 29, 2022

_____
EDWARD M. CHEN
United States District Judge